# CRIMINAL CAUSE FOR MOTION & STATUS CONFERENCES

BEFORE: SEYBERT,J.   DATE: 1/25/2016   TIME: 11:30

DOCKET NUMBER: CR 14-264   TITLE: USA-V-

DEFT NAME: DERICK HERNANDEZ                         DEFT: #1
  X PRESENT   ___NOT PRESENT  X IN CUSTODY  ___ ON BAIL

                    ELIZABETH MACEDONIO FOR
  ATTY. FOR DEFT.: GLENN OBEDIN                     X C.J.A.
           X PRESENT      NOT PRESENT    RET

DEFT NAME: RAPHAEL OSBORNE                          DEFT: #2
  X PRESENT   ___NOT PRESENT  X IN CUSTODY  ___ ON BAIL

  ATTY. FOR DEFT.: JOHN CARMAN                      X C.J.A.
           X PRESENT      NOT PRESENT    RET

DEFT NAME: KURTIS PHILLIP                           DEFT: #10
  X PRESENT   ___NOT PRESENT  X IN CUSTODY  ___ ON BAIL

  ATTY. FOR DEFT.: ELIZABETH MACEDONIO              X C.J.A.
           X PRESENT      NOT PRESENT    RET

DEFT NAME: KWAME LAKE                               DEFT: #12
  X PRESENT   ___NOT PRESENT  X IN CUSTODY  ___ ON BAIL

  ATTY. FOR DEFT.: MURRAY SINGER                    X C.J.A.
           X PRESENT      NOT PRESENT    RET

              CHRISTOPHER CAFFARONE
A.U.S.A.                                 DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:  ___P. AUERBACH   ___E. COMBS     ___P. LOMBARDI
  ___S. PICOZZI   ___M. STEIGER   X R. TOLKIN     ___D. TURSI
  ___O. WICKER

 X   CASE CALLED.  ALL COUNSEL PRESENT.

 X   CONFERENCE HELD.

 X   CASE ADJOURNED TO 2/22/2016 AT 11:00AM FOR STATUS CONFERENCE.

 X   MOTION CONFERENCE HELD ON DEFT. #2 OSBORNE'S MOTION (DOCKET
     ENTRY [176]).

 X   ARGUMENT HEARD.  MOTION GRANTED AS TO PART 5 OF NOTICE OF
     MOTION RE: LEAVE TO MAKE FURTHER MOTIONS.  MOTION DENIED AS TO
     PART 1 RE: FRANKS HEARING, PART 2 RE: SUPPRESSION OF
     EVIDENCE, AND PART 4 RE: EXCULPATORY EVIDENCE.  DECISION
     RESERVED AS TO PART 3 RE: SUPPRESSION OF POST-ARREST
     STATEMENTS, FOR WHICH HEARING WILL BE HELD.

 X   DECISION ENTERED INTO THE RECORD.

 X   CASE ADJOURNED TO 1/29/2016 AT 1:30PM FOR SUPPRESSION HRG.

    (DEFT. #2 ONLY)

____ **SPEEDY TRIAL INFORMATION:**
    CODE TYPE: __X-_____     START DATE: __7/17/2015____ XSTRT
                                               STOP DATE: __3/ 7/2016____ XSTOP

__X__ DEFTS. CONTINUED IN CUSTODY.

____ OTHER: