UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ ‑ APR 11 2016 ★

LONG ISLAND OFFICE

UNITED STATES OF AMERICA

    - against -

RAPHAEL OSBORNE,
    also known as "Gusto",

        Defendant.

14-CR-264 (S-5) (JS)

‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑X

## SPECIAL VERDICT SHEET FOR FORFEITURE ALLEGATIONS

    We, the jury, unanimously find by a preponderance of the evidence that the following property was used, or intended to be used, in any manner or part, to commit, or to facilitate the conspiracy to distribute controlled substances charged in Count Eighteen of the Superseding Indictment:

    Real property and premises located at 107 Debevoise Avenue, Roosevelt, New York 11566.

        YES   ✓  _____      NO _____

    Please have your foreperson sign and date this form, and return it to the courtroom.

Dated:  Central Islip, New York
       April \_\_ , 2016

_____
Jury Foreperson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

     - against -

                                    14-CR-264 (S-5) (JS)

RAPHAEL OSBORNE,
     also known as "Gusto",

                 Defendant.

– – – – – – – – – – – – – – –X

## VERDICT SHEET FOR ADDITIONAL ELEMENT TO COUNT TWENTY-ONE

         We, the jury, unanimously find beyond a reasonable doubt, that prior to April

17, 2013, the defendant Raphael Osborne, also known as "Gusto," was convicted of a crime

punishable for a term of imprisonment for more than one year.

                 YES    ✓        NO            

         Please have your foreperson sign and date this form, and return it to the

courtroom.

Dated:  Central Islip, New York
          April 11 , 2016

                                     _____
                                     Jury Foreperson

We the Jury have reached
a verdict.

Juror # 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

RAPHAEL OSBORNE,
    also known as "Gusto,"

---------------------------------------------------X
SEYBERT, U.S. DISTRICT JUDGE

Verdict Sheet

14-CR-264 (S-5) (JS)

## **AS TO COUNT ONE**
### (RICO)

Which, if any, of the following Racketeering Acts have been proven beyond a reasonable

doubt against the defendant?

Racketeering Act One (Conspiracy to Murder Rival Gang Members)
    Conspiracy to Murder Rival Gang Members
                        Not Proven _____        Proven ✓

Racketeering Act Two (Robbery)
    Subpart A: Robbery of Drug Dealer known as Fish
                        Not Proven _____        Proven ✓

    Subpart B : Hobbs Act Robbery of Drug Dealer known as Fish
                        Not Proven _____        Proven ✓

Racketeering Act Three (Robbery)
    Subpart A: Robbery of Drug Dealer #2 (Trackside)
                        Not Proven _____        Proven ✓

    Subpart B: Hobbs Act Robbery of Drug Dealer #2 (Trackside)
                        Not Proven_____        Proven ✓

Racketeering Act Four (Conspiracy to Murder and Attempted Murder of Maurice Gardner)
    Subpart A: Conspiracy to Murder Maurice Gardner
                        Not Proven _____        Proven ✓

Subpart B: Attempted Murder of Maurice Gardner

Not Proven _____          Proven ___✓___

Racketeering Act Five (Attempted Murder of Rival Gang Members)
Attempted Murder of Rival Gang Members (January 30, 2013 Shooting of Johnny Green)

Not Proven _____          Proven ___✓___

Racketeering Act Six (Conspiracy to Distribute Controlled Substances)
Conspiracy to Distribute Controlled Substances

Not Proven _____          Proven ___✓___

As to Count One:
How do you find the defendant?

Not Guilty _____          Guilty ___✓___


## AS TO COUNT TWO
### (RICO CONSPIRACY)

Which, if any, of the following Racketeering Acts has it been proved beyond a reasonable doubt that the defendant agreed to commit?

Racketeering Act One (Conspiracy to Murder Rival Gang Members)
Conspiracy to Murder Rival Gang Members

Not Proven _____          Proven ___✓___

Racketeering Act Two (Robbery)
Subpart A: Robbery of Drug Dealer known as Fish

Not Proven _____          Proven ___✓___

Subpart B : Hobbs Act Robbery of Drug Dealer known as Fish

Not Proven _____          Proven ___✓___

Racketeering Act Three (Robbery)
Subpart A: Robbery of Drug Dealer #2 (Trackside)

Not Proven _____          Proven ___✓___

Subpart B: Hobbs Act Robbery of Drug Dealer #2 (Trackside)

Not Proven_____          Proven ___✓___

2

Racketeering Act Four (Conspiracy to Murder and Attempted Murder of Maurice Gardner)
    Subpart A: Conspiracy to Murder Maurice Gardner
        Not Proven _____      Proven ✓

    Subpart B: Attempted Murder of Maurice Gardner
        Not Proven _____      Proven ✓

Racketeering Act Five (Attempted Murder of Rival Gang Members)
    Attempted Murder of Rival Gang Members (January 30, 2013 Shooting of Johnny Green)
        Not Proven _____      Proven ✓

Racketeering Act Six (Conspiracy to Distribute Controlled Substances)
    Conspiracy to Distribute Controlled Substances
        Not Proven _____      Proven ✓

As to Count Two:
    How do you find the defendant?
        Not Guilty _____      Guilty ✓

## AS TO COUNT THREE
(Hobbs Act Robbery Conspiracy, Drug Dealer known as Fish)

As to Count Three:

    How do you find the defendant?

        Not Guilty _____      Guilty ✓

## AS TO COUNT FOUR
(Hobbs Act Robbery, Drug Dealer known as Fish)

As to Count Four:

    How do you find the defendant?

        Not Guilty _____      Guilty ✓

If your verdict is "Guilty" as to either Count Three or Count Four, please proceed to Count Five.

If your verdict is "Not Guilty" as to both Count Three and Count Four, you must also return a verdict of "Not Guilty" as to Count Five.

## AS TO COUNT FIVE
(Brandishing Firearms During Crimes of Violence: Hobbs Act Robbery Conspiracy or Robbery)

As to Count Five:

How do you find the defendant?

Not Guilty _____          Guilty ___✓___

If your verdict is "Guilty" as to Count Five, please proceed to the additional finding as to Count Five.

If your verdict is "Not Guilty" as to Count Five, please continue on to Count Six.

Additional Finding as to Count Five:

Was at least one firearm brandished during the commission of the Hobbs Act Robbery Conspiracy or Robbery?

Not Proven _____          Proven ___✓___

## AS TO COUNT SIX
(Hobbs Act Robbery Conspiracy, Drug Dealer #2 at Trackside)

As to Count Six:

How do you find the defendant?

Not Guilty _____          Guilty ___✓___

## AS TO COUNT SEVEN
(Hobbs Act Robbery, Drug Dealer #2 at Trackside)

As to Count Seven:

How do you find the defendant?

Not Guilty _____          Guilty ___✓___

If your verdict is "Guilty" as to either Count Six or Count Seven, please proceed to Count Eight.

4

If your verdict is "Not Guilty" as to both Count Six and Count Seven, you must also return a verdict of "Not Guilty" as to Count Eight.

## AS TO COUNT EIGHT
(Brandishing Firearms During Crimes of Violence: Hobbs Act Robbery Conspiracy or Robbery)

As to Count Eight:

How do you find the defendant?

Not Guilty _____          Guilty ___✓___

If your verdict is "Guilty" as to Count Eight, please proceed to the additional finding as to Count Eight.

If your verdict is "Not Guilty" as to Count Eight, please continue on to Count Nine.

Additional Finding as to Count Eight:

Was at least one firearm brandished during the commission of the Hobbs Act Robbery Conspiracy or Robbery?

Not Proven _____          Proven ___✓___

## AS TO COUNT NINE
(Conspiracy to Murder Maurice Gardner)

As to Count Nine:

How do you find the defendant?

Not Guilty _____          Guilty ___✓___

## AS TO COUNT TEN
(Attempted Murder of Maurice Gardner)

As to Count Ten:

How do you find the defendant?

Not Guilty _____          Guilty ___✓___

5

## AS TO COUNT ELEVEN
### (Assault with a Dangerous Weapon: Shooting of Maurice Gardner)

As to Count Eleven:

How do you find the defendant?

Not Guilty _____     Guilty ___✓___

## AS TO COUNT TWELVE
### (Witness Retaliation)

As to Count Twelve:

How do you find the defendant?

Not Guilty _____     Guilty ___✓___

## AS TO COUNT THIRTEEN
### (Witness Retaliation Conspiracy)

As to Count Thirteen:

How do you find the defendant?

Not Guilty _____     Guilty ___✓___

If your verdict is "Guilty" as to Count Nine, Count Ten, Count Eleven, Count Twelve, or Count Thirteen, please proceed to Count Fourteen.

If your verdict is "Not Guilty" as to Count Nine, Count Ten, Count Eleven, Count Twelve, and Count Thirteen, you must also return a verdict of "Not Guilty" as to Count Fourteen.

## AS TO COUNT FOURTEEN
### (Discharging a Firearm During Crimes of Violence: Conspiracy to Murder Maurice Gardner, Attempted Murder of Maurice Gardner, Assault of Maurice Gardner, Witness Retaliation or Witness Retaliation Conspiracy)

As to Count Fourteen:

How do you find the defendant?

Not Guilty _____     Guilty ___✓___

6

If your verdict is "Guilty" as to Count Fourteen, please proceed to the additional findings as to Count Fourteen.

If your verdict is "Not Guilty" as to Count Fourteen, please proceed to Count Fifteen.

Additional Finding One for Count Fourteen:

Was a firearm brandished during the commission of the Conspiracy to Murder Maurice Gardner, Attempted Murder of Maurice Gardner, Assault of Maurice Gardner, Witness Retaliation or Witness Retaliation Conspiracy?

Not Proven_____          Proven ___✓___

If your verdict is "Proven" as to Additional Finding One in Count Fourteen, please proceed to Additional Finding Two of Count Fourteen.

If your verdict is "Not Proven" as to Additional Finding One in Count Fourteen, please proceed to Count Fifteen.

Additional Finding Two for Count Fourteen:

Was a firearm discharged during the commission of the Conspiracy to Murder Maurice Gardner, Attempted Murder of Maurice Gardner, Assault of Maurice Gardner, Witness Retaliation or Witness Retaliation Conspiracy?

Not Proven_____          Proven ___✓___

## AS TO COUNT FIFTEEN
(Attempted Murder of Rival Gang Members: Shooting of Johnny Green)

As to Count Fifteen:

How do you find the defendant?

Not Guilty _____          Guilty ___✓___

7

## AS TO COUNT SIXTEEN
(Assault of a Rival Gang Member with Dangerous Weapons: Shooting of Johnny Green)

As to Count Sixteen:

How do you find the defendant?

Not Guilty _____     Guilty __✓_____

If your verdict is "Guilty" as to Count Fifteen or Count Sixteen, please proceed to Count Seventeen.

If your verdict is "Not Guilty" as to Count Fifteen or Count Sixteen, you must also return a verdict of "Not Guilty" as to Count Seventeen.


## AS TO COUNT SEVENTEEN
(Discharging a Firearm During Crimes of Violence: Attempted Murder of Rival Gang Members or Assault of Johnny Green)

As to Count Seventeen:

How do you find the defendant?

Not Guilty _____     Guilty __✓_____

If your verdict is "Guilty" as to Count Seventeen, please proceed to the additional findings as to Count Seventeen.

If your verdict is "Not Guilty" as to Count Seventeen, please proceed to Count Eighteen.

Additional Finding One for Count Seventeen:

Was at least one firearm brandished during the commission of the Attempted Murder of Rival Gang Members and Assault of Johnny Green?

Not Proven_____     Proven __✓_____

If your verdict is "Proven" as to Additional Finding One in Count Seventeen, please proceed to Additional Finding Two of Count Seventeen.

If your verdict is "Not Proven" as to Additional Finding One in Count Seventeen, please proceed to Count Eighteen.

8

Additional Finding Two for Count Seventeen:

Was at least one firearm discharged during the commission of the Attempted Murder of Rival Gang Members and Assault of Johnny Green?

Not Proven _____     Proven __✓_____

## AS TO COUNT EIGHTEEN
(Conspiracy to Distribute Controlled Substances)

As to Count Eighteen:

How do you find the defendant? (cocaine base, heroin, marijuana or methylone)

Not Guilty _____     Guilty __✓_____

If you found the defendant "Guilty", please answer questions A, B, C and D.

If you found the defendant "Not Guilty" of Count Eighteen, you must also find the defendant "Not Guilty" of Count Nineteen.

Question A: Do you find that the government has proved, beyond a reasonable doubt, that the crime charged in Count Eighteen involved cocaine base?

Yes __✓_____     No _____

If you answered "Yes" to Question A, please answer Question 1.
If you answered "No" to Question A, proceed to Question B.

Question 1: Do you find that the government has proved, beyond a reasonable doubt, that the crime charged in Count Eighteen involved 280 grams or more of cocaine base?

Yes __✓_____     No _____

If you answered "Yes" to Question 1, proceed to Question B.
If you answered "No" to Question 1, please answer Question 2.

Question 2: Do you find that the government has proved, beyond a reasonable doubt, that the crime charged in Count Eighteen involved 28 grams or more of cocaine base?

Yes _____     No _____

Question B: Do you find that the government has proved, beyond a reasonable doubt, that the crime charged in Count Eighteen involved heroin?

Yes ✓_____          No _____

If you answered "Yes" to Question B, please answer Question 1.
If you answered "No" to Question B, proceed to Question C.

Question 1: Do you find that the government has proved, beyond a reasonable doubt, that the crime charged in Count Eighteen involved 100 grams or more of heroin?

Yes ✓_____          No _____

Question C: Do you find that the government has proved, beyond a reasonable doubt, that the crime charged in Count Eighteen involved marijuana?

Yes ✓_____          No _____

If you answered "Yes" to Question C, please answer Question 1.
If you answered "No" to Question C, proceed to Question D.

Question 1: Do you find that the government has proved, beyond a reasonable doubt, that the crime charged in Count Eighteen involved 100 kilograms or more of marijuana?

Yes ✓_____          No _____

Question D: Do you find that the government has proved, beyond a reasonable doubt, that the crime charged in Count Eighteen involved methylone?

Yes ✓_____          No _____

## AS TO COUNT NINETEEN
(Use of Firearms During Drug Trafficking Crime)

As to Count Nineteen:

How do you find the defendant?

Not Guilty _____          Guilty ✓_____

10

## AS TO COUNT TWENTY
### (Conspiracy to Murder or Assault Rival Gang Members with Dangerous Weapons)

As to Count Twenty:

How do you find the defendant?

Not Guilty _____     Guilty __✓____

If your verdict is "Guilty" as to Count Twenty, please proceed to the additional findings as to Count Twenty.

If your verdict is "Not Guilty" as to Count Twenty, please continue on to Count Twenty-One.

Additional Finding One as to Count Twenty:

Do you find that the government has proven that the defendant conspired to murder rival gang members?

Not Proven _____     Proven __✓____

Additional Finding Two as to Count Twenty:

Do you find that the government has proven that the defendant conspired to assault rival gang members with dangerous weapons?

Not Proven _____     Proven __✓____

## AS TO COUNT TWENTY-ONE
### (Illegal Possession of Ammunition)

As to Count Twenty-One:

How do you find the defendant?

Not Guilty _____     Guilty __✓____

Please have your foreperson sign and date this.

Dated:  Central Islip, New York
        _April 11_____, 2016

_____
Foreperson

11

4/11/16

We the Jury have reached
a verdict.

Juror # 1

4/11/16

We would like to again hear
· Aaron Halyard
· Reynaldo Hernandez
· Essix Robinson,

testimony related to the
January 30, 2013 shooting.

Juror #1

4/8/16

We would again like to
hear Aaron Halyard's
testimony regarding the
trackside robbery.

Juror #1

4/8/16

We would like to request
testimony pertaining to
conversations leading up to
the ~~testimony conclusion conclusion~~.
January 30, 2013 shooting.

Also,

we would like            Juror # 2
to request the
sections of the governments
summation pertaining to the
Johnny Green Shooting/ January 30, 2013.

We would like to confirm that the testimony you are requesting is

for the fall of 2012 and not the fall of 2010?

Hon. Joanna Seybert

April 8, 2016

*Response,*

4/8/16

*Please hold this request pending the review of the first request.*

*Juror # 1*

We would like the following
witness testimony played
back in regards to the
Johnny Green Shooting:

1. Essix Robinson
2. Jose Bonifacio

~~XXXXXXXXXXXXXXXXXX~~

We would like to request
testimony related to the
C-13 meeting held the
fall of 2012.

Juror # 1

4/8/16

We would like to request the following:

- Gx 370A
- Gx 371A
- Gx 269A

We would also like to see the list provided yesterday with the names of all ~~names with~~ witnesses in relation to testimony regarding January 30, 2013 - Shooting of Johnny Green.

Juror #1

The following witnesses gave testimony on the Johnny Green shooting:

1. Aaron Halyard
2. Reynaldo Hernandez
3. Essix Robinson
4. Detective Steven Markakis (crime scene)
5. Detective Daniel Miller (crime scene)
6. Dr. David Fagan
7. Gerard Harrison (DMV)
8. Detective George Colby
9. Jose Bonifacio
10.    Walter Collier (shot spotter)

Would you like all of their testimony on the Johnny Green shooting?

If not, please list which witnesses' testimony you would like us to gather for you.

*Joanna Seyfort*
*USDJ 4-7-16 3:15 PM*

We would like to request Testimony on Johnny Green Shooting from:

1. Aaron Halyard
2. Reynaldo Hernandez

Juror #1 4/7/16

4/7/16

We would like to request the
testimony related to January
30, 2013 - Shooting of Johnny
Green.

Juror #1

4/7/16

We would like the phone
call or call(s) played during
~~closing~~ sumations by the
Goverment. to be played back.

(multiple refrences to "rat"
were made in the above
mentioned call)

Juror 1

4/7/16

We would like to request Testimony related to Robbery of Drug Dealer #2 (Trackside).

~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~

Thank You

Juror #2

4/7/16

Does the Jury have to ONLY deliberate ~~on~~ and agree on a decision for only 2 out of the 6 counts in Count 1?

If so, ~~when~~ does the Jury need to deliberate on the remaining 4 act's once 2 counts are proven.

We would like to see the following Cooperation Agreements:

GX # 3500 - AH - 1  HALYARD

Juror #1

4/6/16

We are ready to leave.

B We would like to meet Friday.

Juror # 1

4/6/16

Foreman has been decided
to be Juror #1.

Juror #1