FILED
U.S. DISTRICT COURT E.D.N.Y.
IN CLERK'S OFFICE
JAN 17 2017 ★
LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) JUDGMENT IN A CRIMINAL CASE |
| v. | ) |
| RAPHAEL OSBORNE | ) Case Number: CR 14-264 (JS)   Deft. #2 |
| | ) USM Number: 83520-053 |
| (AUSA Nicole Boeckmann) | ) Richard Miller, Esq. |
| | ) Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s)  1rssss - 21rssss of superseding indictment (S-5), as redacted for trial
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18-1962(c), -1963 | Racketeering | 4/17/2013 | 1rssss |
| 18-1962(d), -1963 | Racketeering conspiracy | 4/17/2013 | 2rssss |
| 18-1951(a) | Hobbs Act robbery conspiracies | 12/20/2010 | 3, 6rssss |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)  earlier indictments  ☐ is  ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/13/2017
Date of Imposition of Judgment

/s/ Joanna Seybert
Signature of Judge

JOANNA SEYBERT, U.S.D.J.
Name and Title of Judge

1/17/2017
Date

DEFENDANT: RAPHAEL OSBORNE
CASE NUMBER: CR 14-264 (JS)   Deft. #2

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18-1951(a) | Hobbs Act robberies | 12/20/2010 | 4, 7rssss |
| 18-924(c)(1)(C)(i) | Brandishing firearms during crimes of violence | 12/20/2010 | 5, 8rssss |
| 18-1959(a)(5) | Conspiracy to commit murder in aid of racketeering | 4/30/2013 | 9, 15, 20rssss |
| 18-1959(a)(3) | Attempted murder in aid of racketeering John Doe 1, 2 | 1/30/2013 | 10, 16rssss |
| 18-1959(a)(3) | Assault with a dangerous weapon in aid of racketeering of John Doe 1 | 10/13/2012 | 11rssss |
| 18-1513(a)(1)(B), (2)(B) | Witness retaliation | 10/13/2012 | 12rssss |
| -1513(f), (a)(1)(B), (2)(B) | Witness retaliation conspiracy | 10/13/2012 | 13rssss |
| 18-924(c)(1)(C)(i) | Discharging a firearm during crimes of violence | 1/30/2013 | 14, 17rssss |
| 21-846; -841(a)(1), (b)(1)(A)(iii), (b)(1)(B)(i), (b)(1)(C), (b)(1)(B)(vii) | Conspiracy to distribute and possess with intent to distribute at least 280g. cocaine base, 100g. heroin, 100Kg. marijuana, and methylone | 4/17/2013 | 18rssss |
| 18-924(c)(1)(A)(i) | Possession of firearm during controlled substance off. | 4/17/2013 | 19rssss |
| 18-922(g)(1); 924(a)(2) | Illegal possession of ammunition | 4/17/2013 | 21rssss |

DEFENDANT: RAPHAEL OSBORNE
CASE NUMBER: CR 14-264 (JS) Deft. #2

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

1620 mos. (i.e., 135 yrs.) plus 3 consecutive life terms:
Counts 3, 4, 6, 7, 10, 11, 16: 240 mos.; Counts 9, 15, 20, 21: 120 mos.; Counts 12, 13: 360 mos. (ALL CONCURRENT)
Counts 1, 2, 18: LIFE, consecutive to each other and to all other counts. Count 19: 60 mos., consecutive to all other counts.
Counts 5, 8, 14, 17: 300 mos., consecutive to each other and to all other counts.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: RAPHAEL OSBORNE
CASE NUMBER: CR 14-264 (JS)   Deft. #2

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :   NONE

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: RAPHAEL OSBORNE
CASE NUMBER: CR 14-264 (JS)  Deft. #2

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **JVTA Assessment*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| TOTALS | $ 2,100.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| TOTALS | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

---

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: RAPHAEL OSBORNE
CASE NUMBER: CR 14-264 (JS)   Deft. #2

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __2,100.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.