14-CR-264 (JS)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

Raphael Osborne

VS

United States of America

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  APR 2 8 2020  ★

LONG ISRECEIVEDE

APR 2 9 2020

EDNY PRO SE OFFICE

## MEMORANDUM OF LAW IN SUPPORT OF MOTION under 28 U.S.C 2255 TO VACATE, SET ASIDE, OR CORRECT Sentence by a PERSON IN Federal Custody

Raphael Osborne, Movant pro se moves this court Pursuant to 28 U.S.C 2255 to Vacate the Judgement and Released from illegal dentention..

, Osborne raises 7 Grounds for relief:

    e Sworn AFFidavit of Kurtis KNoxx
      the Goverment failed to
        interveiw with C.I maurice
        erveiw was held by private
        d by Kurtis knoxx phillips
        idence was FAvorable to defendant
        dy v. maryland also Goverment

failed to turn over Goverment witness Denzel Smith
Phone records, Text Messages and cell tower
information from the day of October 13, 2012
Shooting of maurice Gardner this evidence is
Favorable to defendant in light of Brady v Maryland
Osborne is being deprived of his liberty with out
and in Violation of due process of law.,

GRound 2, TRial Counsel John Carman was
ineffective for failing to raise brady violation
during trial for Prosecution failing to turn over
Goverment witness denzel Smith Phone Records
Cell tower info and text Messages before trial.
Osborne Conviction cannot stand and shall be
vacAted in light of Washigton v. Strickland
and Brady v. maryland

Ground 3, Appeal Counsel Robert boyle
INeffective for failing to raise
on direct appeal and prosecutor

Ground 4, Raphael Osborne is
to relief under Supreme Court Co
States v. Davis, 139 S.Ct. 2319

US. v. Brown, No.17-1188, 2019 U.S App. lexis
38056 (2d Cir Dec 19, 2019) Rico Conspiracy 924(c)
(Davis) See, Gonzalez, (2d Cir) 2019 (Davis) Jury
general verdict did not make 924 C predicate
clear.

Ground 5, TRIAL LAWYER JOHN CARMAN
WAS INEFFECTIVE for not raising issue
of perjury when NASSAU County detective
Colby gave false testimonie relating to
CI shooting of Maurice Gardner also
Prosecutors allowed false testimonie
to go uncorrected. Osborne's conviction
cannot stand and is entitled relief
in light of Washington V. Strickland
and NApue v. Illinois

Ground 6, TRial lawyer John Carman
was Ineffective for failing to show jurors
evidence that Prove case agent Biddiscambe
gave false testimonie to jurors at
trial and Prosecutors allowed false
testimonie into evidence uncorrected.
Osbornes conviction cannot stand and

Shall be vacated in light of washington
v. Strickland and Napue v. Illinois

Ground 7, TRIAL LAWYER JOHN CARMAN
was ineffective for not raising the relevant
Issues why Detective JOHN Mitchell Should
be called as a witness. Osborne conviction
cannot Stand and Shall be vacated in
light of Washigton v. Strickland also
Crane v. Kentucky, 476 U.S 683 687 (1986)
Chambers v. mississippi, 410 U.S 284, 302 (1973)
Due process Clause and 6 amendment Confrontation
Clause it is well Settled that a criminal
defendant has a right to prepare a defense.

Osborne request that this Court GRANT ~~vacate~~
this Motion and vacate Judgement releasing
Osborne from Custody.. Osborne prays
for relief. Respectfully..

# Basis For Relief
## facts Supporting Ground 1

(1 Raphael Osborne is entitled to relief in Ground 1
because his conviction violates due process of law
on Grounds that (1 prosecutors had a duty to before trial
disclose favorable evidence to defendant Such as
Goverment witness Denzel Smith. cell tower information,
Phone records and text messages between **Smith** and
Derrick hernandez on the day of Shooting of
Confidential Informant. Maurice Gardner.. with holding
Such evidence is a Brady violation, See Brady v.
Maryland 373 U.S 83,83, S.Ct 1194 (1963)
with holding denzel Smith cell tower, text messages
and Phone records denied Osborne to prepare a
defense and establish case agents and investigators
intentionally framed Osborne for Shooting maurice CI
Gardner then coached denzel Smith to give false
testimonie during trial sayin i directed him to
Shoot. CI Gardner on Oct 13,2012.

(1 Denzel Smith Phone records would have established
him and Osborne had no contacts days before and
on day of C.I Shooting.. Cell tower location would
have shown Jurors Smiths cell phone and Osbornes
hernandez, and Kurtis khoxx phillip was never
is Same location Proving Smiths testifiyed
falsely Saying Said indivisuals attended a
meeting together day before shooting of C.I
Where he was alledgedly Ordered by osborne to →

(2

Shoot C.I Gardner.. cell tower records would have been favorable to Osbornes defense to impeach that false testimonie..(2 agent acker and detective mitchell both investigators reveiwed Phone records as stated in warrants for Osborne's cell phone and hernandez cell phone., *see Acker warrant and Detective mitchell warrant. Specifically investigators reveiwed text messages hours surrounding Gardner shooting and phonecalls between Osborne and hernandez.. Phone records showed Osborne and hernandez had no text or calls day of C.I Gardner Shooting.,both investigators intentionally *lied to judges in warrants saying osborne and hernandez had contacts hours surrounding C.I Shooting..

*Denzel Smith testifiyed at trial stating recieved see D.Smith:2152
*text messages from hernandez on day of C.I                    D.smith:2054
*Shooting when hernandez Allegedly gave him a
*Gun ordering him to Shooting C.I maurice Garderner..

This evidence was Favorable to Osborne defense because..(1 Osborne could have shown investigators agent Acker and detective Mitchell Knew exactly who hernandez had Contacts with 2 hours surrounding shooting on day of C.I shooting hernandez phone was Confiscated specifically for text messages because *witness said they seen hernandaz send text messages moments before C.I Gardner was shot see acker warrant for hernandez phone.*Denzel Smith phone records,text messages Cell tower location was known to investigators At the Time warrants was prepared because they investigated All records, texts, and cell tower locations of Hernandez

(3

and Osborne., Phone contents of hernandez
shown investigators denzel Smiths number
and text messages proving agent Acker and
detective mitchell had evidence who shot C.I
Gardner Such as text messages, phone records
and cell tower location of denzel smith from
day of C.I Shooting., This evidence proves
Both investigators and every prosecutor
in this case worked together to Frame
Osborne for Shooting Maurice gardner
and changing Story before trial saying
Osborne ordered denzel Smith to Shoot
Gardner., These text messages and cell tower
location could have prove Osborne innocence
at hearings before trial., Failure to disclose
this evidence Violates due process of law.
Osborne conviction Shall be vacated on
Grounds of police misconduct and prosecutor misconduct.,
and violation of due process of law, also *See newly
discoverd evidence the sworn affidavit of
Kurtis Knoxx Phillip revealing, Goverment
with held brady material from defendant Osborne,
being the recorded interveiw of Maurice Gardner
with Kurtis knoxx phillip private investigator
hired by phillips attorney failure to disclose
Such evidence known to be favorable to defendant
Violates due process of law because it denied
Osborne a fair Opportunity to prepare a defense

Evidence from the recorded interveiw with C.I Maurice
Gardner was favorable to Osborne defense because
it could have been used to impeach denzel smith
testimonie when C.I Gardner said phillips was
not invoived in shooting him such evidence couid
have shown jurors D.smith gave faise testimonie
at Osborne trial about knoxx, osborne Hernandez
and smith invoiment in shooting. Also the recorded
interveiw with C.I Gardner was favorable to
Osbornes defense because jurors couid have
seen him stating that he lied to police
to have phillip faisely convicted in the past
that was favorable to Osbornes defense because
Osborne was charged faisely with shooting
maurice C.I Gardner and still is charged
with Attempt murder on maurice Gardner
Goverments threary was he picked defendant
Osborne out a line up.. Goverment knew
along with agents knew maurice gardner
was lying (1 He was shot from behind, (2 Eye
witness was shown line up containing osbornes
*picture and failed to identify osborne, (3* osborne phone
Tower records shown osborne was home when C.I
was shot. (4 Osborne's home security cameras showed
he was home which investigators, prosecutors never
turned over to Osborne before trial to prepare a defense.
(5) Denzel Smith cell tower records which was known
to investigators along with text messages surrounding
shooting of maurice Gardner showed who evidence pointed too
but investigators lied and placed Osborne at the scene

of shooting of C.I investigators even intentionally lied Saying i had contacts with hernandez on day of C.I shooting when records, text messages tower location showed it was Goverment witness denzel smith. This evidence proves osborne was framed and should have been turned over before trial so osborne could prepare a defense.. Osborne conviction cannot stand it violates due process of law in light of brady v. maryland .. osborne is entitled to relief..

* facts supporting Basis for <u>relief in Ground 2</u> *

Raphael Osborne is entitled to relief in Ground 2 because Trial lawyer John carman was ineffective for failing to raise brady violation during trial when Goverment witness testifyed "Denzel Smith" revealed that he recieved text messages from derrick hernandez on day of C.I shooting of maurice Gardner.

* These text messages was favorable to osbornes to defense because it could have shown detective mitchell intentionally lied to judge saying it was osborne who recieved text messages 2 hours surrounding shooting from hernandez phone * see mitchell warrant.. for osborne and hernandez phone * also Denzel smith Text messages, cell tower information was known

to det. Mitchell and F.B.I agent acker because they Specifically review Phone records of Osborne and hernandez Phone Showed investigators the existance of the denzel smith text messages from day of shooting of C.I with hernandez. Making this evidence certainly relevant because Osborne could have established investigators intentionally. Coached Maurice Gardner to say osborne Shot him and coached denzel Smith to lie during Osbornes trial Saying Osborne ordered hit to Shoot C.I. Trial Lawyer John Carman failed to show Jurors brady material which proves Goverment witness Gary mosley was charged with ordering hits on maurice Gardner and another C.I. John carman was ineffective for not Playing recorded Phone calls of Gary mosley which detective mitchell personally Submitted in warrant when Gov. witness G. mosley was charged for ordering hits and Osborne was falsely charged with Shooting C.I Gardner. Osborne could have establish prosecutors allowed witness denzel Smith to testify falsely and allowed detective mitchell to coach denzel smith when detective mitchell knew from the evidence in his warrant Osborne did not order hits on informants. Trial lawyer john carman Failed to present this evidence that proves Osborne is innocent and officers was bias. Osborne conviction cannot stand in light of washington v. Strickland and Brady v. maryland Osborne is entitled to relief. In Ground 2 *

# Basis for Relief
## facts Supporting Ground 4

Raphael Osborne is entitled to relief in
Ground 4, under Supreme court case See United
States v. Davis, 139 S.ct. 2319 (2019) Conspiracy
to commit Hobbs act robbery did not qualify
as a crime of violence under 924(c) DAVIS,
903 F.3d at 485 Same.. Osborne was convicted
of 5 counts arising under 18 U.S.C 924(c)
Counts 5, 8, 14, 17, and 19 and the jury verdict
did not make it clear when it charged Osborne
the verdict read by jurors made it unclear of what
exactly Osborne was found guilty of. all 924c
Counts and charges connected to 924c counts
Shall be vacated along with Osborne conviction
in light of davis.

# Basis for Relief
## facts supporting Ground 5

TRial lawyer John carman was ineffective
during Osborne's Trial during Cross examination
of def. colby. Goverment witness detective colby gave
false testimonie about C.I Maurice Gardner shooting
when asked when was the first time he heard Osborne
wasn't the shooter in Gardner investigation officer colby

# Basis for Relief
## Facts Supporting Ground 3

Raphael Osborne is entitled to relief in Ground 3
because appeal lawyer robert boyle
failed to raise brady violation on direct appeal.
Robert boyle was aware of Denzel Smith
testimonie when Smith revealed during trial
he recieved text messages from hernandez
on day maurice Gardner was shot..
Evidence was Favorable to Osbornes defense
because (1 Osborne could have proved case agents
acker and Detective mitchell intentionally
with held evidence from the judge when both
prepared warrants and reveiwed Phone contacts
of Osborne and Hernandez phone see acker warrant
for hernandez phone. see det. mitchell warrant
for Osborne phone. both investigators
lied to Judges under oath saying Osborne
and hernandez had contacts surrounding shooting
of C.I when phone records showed investigators
it was denzel Smith Goverment witness and
denzel Smith admitts his at Osbornes trial..
appeal lawyer Robert boyle provided ineffective
counsel on Osbornes direct appeal.. Osborne is
entitled relief in light of Washington v. Strickland.
→

4 and his partner detective mitchell was aware
that Osborne was not identified as shooter
of maurice Gardner when eye witnesses failed
to pick Osborne out of line up days after shooting
John carman Failed to show jurors the sketch
and the police photo array where witness
told them Osborne wasnt the shooter before
Nassau investigators prepared warrant for Osborne
arrest. Colby gave false testimonie saying
the first time he heard Osborne wasnt
the shooter was after Osbornes arrest in
april 2013. see colby testimonie. prosecutors
allowed colby to testify falsely and let it
go uncorrected. John carman failed to
raise issue of prosecutor misconduct
for prosecutors allowing detective colby to
Give false testimonie. Osborne conviction
shall be vacated on Grounds of due process
of law. Osborne is entitled to relief
in light of Napue v. Illinois, washington
v. Strickland.

## Basis for Relief
### facts supporting Ground 6

Raphael Osborne is entitled to relief under →

washington v. Strickland and Napue v. Illinois.
Trial lawyer John carman was ineffective
during Osbornes trial. (1) John Carman Failed to
show jurors fire arm trace summary which
Proves agent Biddiscombe did not handle, control
or Authorize Gunsales in 2011 and 2012. Biddiscombe
Name is not on firearm trace summary evidence
agent Biddiscombe is not on videos of these
Gunsales in 2011 or jan 2012. Biddiscombe
gave false testimonie saying he doesn't
Know who the C.I Abdul robinson is? buy
videos show abdul robinson and C.I alton young
together also fire arm trace evidence has
abdul Robinson name as the person who
recoverd firearms. abdul Robinson is identifiyed
on Federal GunSale evidence that Biddiscombe
claimed at osborne trial He authorized. carman
failed to raise prosecutor misconduct for
prosecution allowing tainted Gunsale videos
and evidence into osbornes trial. also carman
failed to raise issue of agent Biddiscombe
giving false testimonie about gunsales operation
saying maurice gardner was the First C.I
used. when evidence Shows Alton young and
abdul Robinson not Maurice Gardner on first
Gunsales. Prosecutors knew Biddiscombe gave false

Testimonie and allowed it to go uncorrected
See Biddiscombe testimonie* John carman was
ineffective for not objecting to 2011 Gunsale
and 2012 Gunsale with abdul robinson and alton
young as C.I<sup>s</sup> evidence showed Guns was recoverd
from abdul robinson not derrick Hernandez
Proving evidence was falsifiyed and admitted into
osbornes trial, see fire arm trace summary prepared
by unknown federal agents also videos dont show
any agents Authorizing those specific sales...
Osborne conviction shall be vacated on Grounds
of ineffective counsel, prosecutor misconduct and
violation of osbornes due process..Napue v.Iiinois
Washigton v. Strickland.

## Basis for Relief in Ground 7
## Facts supporting Relief in Ground 7

Trial lawyer gave ineffective assistance of counsel
at osbornes trial; John Carman promised
osborne that He cannot be convicted of
ordering hit on C.I Gardner because Gov.witness
Gary mosley was charged with ordering hit on
C.I and He promised that Gary mosley phone calls
ordering Hits on 2 C.Is will be played for
Jurors at osbornes trial..Detective mitchell is
the relevant witness to these Gary mosley calls→

because detective mitchell included the Gary
mosley calls in his warrant affidavit. John carman
argued these calls was brady material. The foregoing
placed the goverment and court on notice that the
mosley call was relevant to Osborne's defense evidence.
John carman was ineffective for not demonstarting
mitchells bias and why it's relevant for mitchell
to be called as defense witness. Osborne was forced
to put court on notice that detective mitchell is
coaching witness to lie on stand. Osborne raised
issue mitchell was bias and should be able to
call as defense witness to show jurors mitchell
is coaching denzel smith to lie on osborne about ordering
hit on C.I Gardner. Osborne was denied to call detective
mitchell as defense withess. Osborne could have shown
Jurors Detective mitchell reveiwed phone records from
Osborne and hernandez from day of C.I Shooting and
was bias saying Osborne shot C.I when tower Records
show osborne at home. also Osborne could have shown
jurors mitchell was biased saying Osborne recieved
text messages from hernandez 2 hours Surrounding C.I
Gardner shooting when Records show he knew G.W
denzel Smith recieved text And intentionally lied
saying it was Osborne. Trial lawyer was ineffective
and osborne case, shall be vacated in light of
washington v strickland and Napue v. Illinois..

Ground 7

also trial lawyer could have raised
issue of Detective john mitchell swore
under oath in affidavit none of the
primary targets of this investigation
are appropriate subjects for immunity
because they committed violent acts
and will give untruthful testimonie.
This evidence proves mitchell coached
each and every witness to give false
testimonie at Osbornes trial. John Carman
was ineffective for failing to raise
this issue and show evidence to jurors
that Affidavit where he stated the
targets of this case will lie about their
Role in the Conspiracy. See mitchell warrant
Affidavit *. Osborne case, sentence shall
be vacated on grounds of ineffective
counsel and due process of law. Washigton
v. Strickland, Napue v. Illinois.

\*(1) kurtis knoxx phillip aff.davit
is submitted for evidence in
Ground 1.

The rest of the evidence to support
Grounds is already in possesion of
Goverment. Such as warrants, F.b.i and nassaus
investigators Agent acker and Det. mitchell
Affidavits is evidence.

Do to the cov-19 virus
Respectfully, Raphael Osborne prays for
relief on all grounds raised in memorandum
of law this is a pro se written and im
asking for the court to guide and assist
me in any way possible for im currently
on lockdown and had no law library access
since i was granted an extension to fire
the memorandum. Please accept to the best
of my ability this Hand written memorandum of law

4/7/20
signed and put in mail Box
Raphael Osborne
Raphael Osborne

# AFFIDAVIT OF KURTIS "KNOXX" PHILLIP"

COMES the affiant, Kurtis, and states the following:

Denzel "Trigga" Smith, A Government's witness, provided information in proffer meetings with federal agents and at trial in federal court for the Eastern District of New York that a meeting occured on or about October 12, 2012 Between Raphael "Gusto" Obourne, Kurtis "Knoxx" Phillip, derick "Dnice" Hernandez and himself Mr. Smith further Testified that the purpose of this meeting was to discuss and plan the attempted murder of Maurice "MOE-Diddy" Gardner, at the time a known confidential informant for both State and Federal Authorities. It is the intentions of Mr. Phillip, in in this Affidavit, to refute the factual basis of Mr. Smith's testimony and to demonstrate that federal Authorities could reasonably be presumed to have known the eroneous Nature of said testimony at the time it was given.

1) Evidence ignored by the government of cell phone tower records showed that Philillip, Osbourne, Hernandez and Smith were never in the same area on or about October 12, 2012 Essentially Refuting the plausibility that said meeting could have occured.

2) All of the parhes mentioned above were subject of government wire taps for the entire period in question. Those wire taps clearly demonstrate that Phillip Rarely, if at all with Osbourne. But that they dis know each other. Phillip and Obourne specifically never communicated during the period of the wire taps.

3) The alleged motive for the murder of Gardner was retaliation for Gardner setting up Hernandez, Osbourne and others for multiple controlled sales and attempted sales or fire arms. Which Phillip did not participate in. Leaving Phillip without a motive for murder. Also in a recorded. Interview with an investigator hired by Phillip's attorney, Gardner admitted that Phillip didn't shoot him, and didn't have anything to do with the shooting, and that he had previously provided false statement statement against Phillip in the past in

1

a case where Phillip was convicted of a robbery in which he was innocent of.

4) Eye witnesses to the shooting failed to identify any of the above named subjects as being present at the time of the shooting. Along with other evidence and information the government was aware of showing Phillip nor Osbourne wasn't present or in the .area....of the shooting.

5) It is the assertion of Mr. Phillip that the verifiable facts listed above refute the testimony provided by Smith and demonstrated that the government knowingly admitted false testimony into federal court proceedings.

6) Moreover, the above evidence clearly demonstrated that Ralphael "Gusto" Osbourne never attended a meeting nor did he ORDE Denzel "Trigga" Smith to Murder Maurice "Moe- Diddy" Gradner.

**FURTHER AFFIANT SAITH NAUGHT. Sworn to under penalties of perjury. 28 U.S.C. §1746.**

/s/ _Kurtis Phillip_

2

Clerk of court
100 Federal Plaza
Central Islip, New York 11722

LEGAL MAILS

US

Raphael Osborne 83520-053
USP Pollock
U.S. penitentiary
P.O. Box 2099

